# EXHIBIT 6

| Group 1 | | ZTE | WSOU | MPF | Indef |
|---|---|---|---|---|---|
| | 487 | 28 | 0 | 10 | 15 |
| | 488 | 14 | 0 | 0 | 8 |
| | 494 | 17 | 0 | 3 | 14 |
| | 496 | 27 | 0 | 16 | 10 |
| | | 86 | 0 | 29 | 47 |

| Group 2 | | ZTE | WSOU | MPF | Indef |
|---|---|---|---|---|---|
| | 489 | 33 | 0 | 1 | 19 |
| | 492 | 13 | 0 | 2 | 10 |
| | 495 | 15 | 0 | 5 | 8 |
| | | 61 | 0 | 8 | 37 |

| Group 3 | | ZTE | WSOU | MPF | Indef |
|---|---|---|---|---|---|
| | 490 | 9 | 0 | 0 | 7 |
| | 491 | 19 | 0 | 3 | 14 |
| | 493 | 6 | 0 | 0 | 3 |
| | 497 | 18 | 0 | 3 | 11 |
| | | 52 | 0 | 6 | 35 |
| Total | | 199 | 0 | 43 | 119 |

| 15 Ind. | 10 MPF | | | | 28 ZTE |
|---|---|---|---|---|---|
| | 1 | '839 Claim 1 | 1 | "method, in an access device of the communication network, for | 1 |
| | 1 | '839 Claim 6 | 2 | "route management apparatus, in an access device of the | 1 |
| | 1 | '839 Claim 6 | 3 | "a receiver configured to receive an access response message from a | 1 |
| | 1 | '839 Claim 6 | 4 | "a first obtainer configured to obtain route-related information and a | 1 |
| | 1 | '839 Claim 6 | 5 | "a route maintainer configured to update a route table based on said | 1 |
| | 1 | '839 Claim 8 | 6 | "a first judger configured to judge whether the route table item | 1 |
| | 1 | '839 Claim 8 | 7 | "a second judger configured to judge whether a remaining time of said | 1 |
| | 1 | '839 Claim 8 | 8 | "an updater configured to update the remaining time of said route table | 1 |
| | 1 | '839 Claim 8 | 9 | "a creator configured to create the route table item corresponding to | 1 |
| | 1 | '839 Claim 9 | 10 | "a second obtainer configured to obtain correlated information of said | 1 |
| 1 | | '839 Claims 1, 6, 11 | 11 | "the communication network" | 1 |
| 1 | | '839 Claims 2, 4, 7, 9, 11, | 12 | "said access device" | 1 |
| 1 | | '839 Claims 1, 6, 11 | 13 | "server" | 1 |
| 1 | | '839 Claims 1, 3, 6, 8, 11 | 14 | "route" / "route-related information" | 1 |
| 1 | | '839 Claims 1, 6, 11 | 15 | "using time" | 1 |
| 1 | | '839 Claims 1, 6 | 16 | "route table" / "update[ing] a route table item in a route table" | 1 |
| 1 | | '839 Claims 2, 7 | 17 | "Layer 2 access device" / "wherein said access device is a Layer 2 | 1 |
| 1 | | '839 Claims 4, 9 | 18 | "said virtual local area network configuration is employed between said | 1 |
| | | '839 Claims 5, 10 | 19 | "said virtual local area network configuration" | 1 |
| | | '839 Claims 5, 10 | 20 | "said access response message refers to a dynamic host configuration | 1 |
| | | '839 Claim 10 | 21 | "said dynamic host configuration protocol response message" | 1 |
| 1 | | '839 Claim 8 | 22 | "a first judge" / "a second judger" / "judge" | 1 |
| 1 | | '839 Claim 9 | 23 | "marginal routers" | 1 |
| 1 | | '839 Claim 3 | 24 | "a route table item" | 1 |
| 1 | | '839 Claim 4 | 25 | "an access response message" | 1 |
| 1 | | '839 Claims 5, 10 | 26 | "the least time" | 1 |
| 1 | | '839 Claims 1, 6 | 27 | "said predefined using time indicates[ing] a [the] using time of said | 1 |
| 1 | | '839 Claims 4, 9 | 28 | "correlated information" | 1 |

| 8 | | | 14 |
|---|---|---|---|
| Ind | MPF | | ZTE |
| 1 | '929 Claims 1, 3, 8, 10, | "handoff" / "determining if a handoff is desired" | 1 |
| | '929 Claims 1, 2, 3, 6, 7, | "mobile station" | 1 |
| | '929 Claims 1, 2, 3, 4, 6, | "base station" | 1 |
| | '929 Claims 1, 6, and 11 | "serving base station" | 1 |
| | '929 Claims 1, 2, 3, 4, 6, | "target base station" | 1 |
| 1 | '929 Claims 1, 2, 3, 4, 6, | "link" / "establishing a new link" / "existing link" / "initiating a new link" | 1 |
| | '929 Claim 1 | "communicating" | 1 |
| 1 | '929 Claim 1 | "achieving uplink synchronization" | 1 |
| 1 | '929 Claim 1 | "processed the transmitted active set update message" | 1 |
| 1 | '929 Claims 4, 5, 6, 7, | "physical layer" / "physical layer control information" | 1 |
| 1 | '929 Claim 8 | "measurement reports" | 1 |
| 1 | '929 Claim 11 | "buffering bearer traffic" | 1 |
| 1 | '929 Claim 14 | "characteristic" | 1 |
| | '929 Claim 14 | "replacement hysteresis" | 1 |

| 19 Ind | 1 MPF | | | 33 ZTE |
|---|---|---|---|---|
|  | 1 | '240 Claims 1, 6 | "connectivity verification server to perform unattended connectivity | 1 |
| 1 |  | '240 Claims 1, 6, 13 | "unattended connectivity verification jobs" | 1 |
| 1 |  | '240 Claims 1, 6, 13 | "verifying connectivity in the network relating to at least Layer-2 and | 1 |
| 1 |  | '240 Claims 1, 6, 13 | "a given containment hierarchy" | 1 |
| 1 |  | '240 Claims 1, 6 | "the performing generates" | 1 |
|  |  | '240 Claims 1, 6, 13 | "the comparison shows that at least one of the connectivity | 1 |
|  |  | '240 Claims 1, 6, 13 | "the containment hierarchy affected by the connectivity verification | 1 |
|  |  | '240 Claim 3 | "the connectivity verification application further provides a display of | 1 |
|  |  | '240 Claim 4 | "alarm information" | 1 |
|  |  | '240 Claim 5 | "raise the alarm" | 1 |
|  |  | '240 Claim 7 | "a pair of source and destination IP objects" | 1 |
|  |  | '240 Claims 1, 4, 6, 13, | "display" / "displaying" | 1 |
|  |  | '240 Claim 16 | "one of an OSI Layer 2 and an OSI Layer 3 object" | 1 |
|  |  | '240 Claim 16 | "OSI Layer 3 object" | 1 |
|  |  | '240 Claim 16 | "OSI Layer 2" | 1 |
| 1 |  | '240 Claims 1, 6, 13 | "connectivity verification threshold" | 1 |
|  |  | '240 Claims 1, 6, 13 | "Layer-2 objects" | 1 |
|  |  | '240 Claims 1, 6, 13 | "Layer-3 objects" | 1 |
| 1 |  | '240 Claims 1, 6, 13 | "identify Layer-2 and Layer-3 objects within the containment | 1 |
|  |  | '240 Claims 1, 6, 13 | "defining" | 1 |
| 1 |  | '240 Claims 1, 6 | "a connectivity verification job" | 1 |
| 1 |  | '240 Claim 10 | "at least one round of trip delay, jitter, and packet loss" | 1 |
| 1 |  | '240 Claims 11, 18 | "ping commands" | 1 |
| 1 |  | '240 Claim 11 | "a ping packet size, a ping data fill pattern, a time to wait for | 1 |
| 1 |  | '240 Claims 2, 13, 17, | "performs scheduled connectivity verification" / "performing | 1 |
| 1 |  | '240 Claims 1, 6, 13 | "the connectivity verification result[s] associated with the alarm" | 1 |
| 1 |  | '240 Claim 4 | "selected connectivity verification results" | 1 |
| 1 |  | '240 Claims 1, 6, 10, 13 | "user-input specification" | 1 |
| 1 |  | '240 Claim 17 | "connectivity verification tests" | 1 |
| 1 |  | '240 Claim 18 | "issuing" | 1 |
| 1 |  | '240 Claim 5 | "connectivity profile" / "a deviation from the connectivity profile" / "the | 1 |
| 1 |  | '240 Claim 11 | "a group comprising at least one number of ping commands to | 1 |
| 1 |  | '240 Claim 12 | "a group comprising at least one of a number of traceroute | 1 |

| 7 Ind | 0 MPF | | | 9 ZTE |
|---|---|---|---|---|
| | | '960 Claims 1, 2, 3, 9, 15, 16, 17, 23, and 24 | "virtual reference" | 1 |
| 1 | | '960 Claims 1, 9, 15, 23 | "an original video signal" | 1 |
| 1 | | '960 Claims 1, 9, 15, 23 | "video frames" | 1 |
| 1 | | '960 Claims 1, 9, 15, 23 | "subsequent video display" | 1 |
| 1 | | '960 Claims 1, 9, 15, 23 | "does not represent any portion of any individual frame of the original | 1 |
| 1 | | '960 Claims 1, 15 | "incorporating" / "incorporating said encoded virtual reference data" / | 1 |
| 1 | | '960 Claims 2, 10, 15, | "block-based" / "block-based encoding" / "block-based motion | 1 |
| 1 | | '960 Claims 3, 17 | "minimize differences" | 1 |

| 14 Ind | 3 MPF | | | 19 ZTE |
|---|---|---|---|---|
| | 1 | '905 Claim 6 | "receiving, from a first wireless communication apparatus in a | 1 |
| | 1 | '905 Claim 6 | "monitoring for availability of the at least one additional frequency | 1 |
| | 1 | '905 Claim 6 | "in response to detection of availability of the at least one additional | 1 |
| | | '905 Claims 1, 6, 12, 18, | "transmission opportunity" | 1 |
| 1 | | '905 Claims 1, 6, 12, 18, | "transmission period" | 1 |
| 1 | | '905 Claims 1, 12, 25 | "determined transmission time interval" | 1 |
| 1 | | '905 Claims 5, 15 | "during a time interval between data transmission intervals during | 1 |
| 1 | | '905 Claims 1, 12, 25 | "determining to utilize a bandwidth greater than that of the first | 1 |
| 1 | | '905 Claims 1, 6, 12, 18, | "indicates that said at least one additional frequency band is | 1 |
| 1 | | '905 Claims 3, 14 | "causing transmission of data only on the first frequency band until | 1 |
| 1 | | '905 Claims 5, 16 | "at least one frequency channel indicator" | 1 |
| 1 | | '905 Claims 6, 18, 26 | "at least one additional frequency band" | 1 |
| 1 | | '905 Claims 6, 18, 26 | "monitoring for availability" | 1 |
| 1 | | '905 Claims 7, 19 | "triggering a network allocation vector setting" | 1 |
| | | '905 Claims 8 and 20 | "clear-to-send message" | 1 |
| 1 | | '905 Claims 9, 21 | "causing the transmission of the reservation message on each | 1 |
| 1 | | '905 Claims 10, 22 | "transmission parameters" | 1 |
| 1 | | '905 Claims 11, 23 | "timing and transmission frequency" | 1 |
| 1 | | '905 Claims 17, 24 | "radio medium" | 1 |

| 10 | 2 | | | 13 | | |
|---|---|---|---|---|---|---|
| Ind | MPF | | | ZTE | WSOU | Both |
| | 1 | '071 Claim 1 | "a processor for providing image data signalling to a projector, the | 1 | | |
| | 1 | '071 Claim 14 | "computer program code configured to, when executed by one or more | 1 | | |
| 1 | | '071 Claims 1, 13 | "an image to be projected" | 1 | | |
| | | '071 Claims 1, 13, 14 | "image data signalling" | 1 | | |
| 1 | | '071 Claims 1, 9, 13, 14 | "movement signaling" / "receiv[ing] movement signaling associated | 1 | | |
| 1 | | '071 Claims 1, 13, 14 | "one or more of displacement and movement speed of the projector" | 1 | | |
| 1 | | '071 Claim 9 | "a movement sensor configured to detect movement of the apparatus | 1 | | |
| 1 | | '071 Claims 1, 13, 14 | "discriminate" / "discriminate a movement criterion" / "the processor is | 1 | | |
| 1 | | '071 Claims 1, 13, 14 | "provide associated image data signalling to project associated image | 1 | | |
| 1 | | '071 Claims 1, 9, 13, 14 | "the processor" / "wherein the processor is configured" | 1 | | |
| 1 | | '071 Claims 1, 9,  10, 13, | "a projector" / "the projector" | 1 | | |
| 1 | | '071 Claims 1, 13, 14 | "indication" / "an indication of one or more movement criterion of the | 1 | | |
| 1 | | '071 Claim 10 | "the apparatus is a projector, or the apparatus comprises a projector" | 1 | | |

| 3 | 0 | | | 6 |
|---|---|---|---|---|
| Ind | MPF | | | ZTE |
| | | '060 Claims 1 and 10 | "frequency domain component feature of the feature vector" | 1 |
| 1 | | '060 Claims 1 and 10 | "extracting a feature vector" | 1 |
| | | '060 Claims 1 and 10 | "time domain component feature of the feature vector" | 1 |
| 1 | | '060 Claims 1 and 10 | "the level value is attenuated" | 1 |
| 1 | | '060 Claims 1 and 10 | "approaches an estimate" | 1 |
| | | '060 Claims 1 and 10 | "spectral shape parameter" | 1 |

| 14 | 3 | | | 17 |
|---|---|---|---|---|
| Ind | MPF | | | ZTE |
| | 1 | '036 Claims 1, 12 | "method for controlling data flow in a network" | 1 |
| | 1 | '036 Claims 23, 24 | "apparatus configured for controlling data flow in a network" | 1 |
| | 1 | '036 Claims 1, 12, 23, | "congestion condition to enable thereby the control of at least one | 1 |
| 1 | | '036 Claims 1, 6-10, 12, | "data flow" / "to enable thereby the control of at least one data flow" / | 1 |
| 1 | | '036 Claims 1, 3, 12, 14, | "network" / "network node in the network" / "network node" / "one or | 1 |
| 1 | | '036 Claims 1, 12, 23, | "congestion condition" / "indication that a congestion condition | 1 |
| 1 | | '036 Claims 1, 12, 23, | "in a manner tending to reduce the congestion condition" / "the | 1 |
| 1 | | '036 Claims 1, 12, 23, | "queue" / "queue maximum occupancy is exceeded" / "queue | 1 |
| 1 | | '036 Claims 4, 15 | "queue data drop rate" | 1 |
| 1 | | '036 Claims 3, 14 | "output link capability" | 1 |
| 1 | | '036 Claims 1, 5, 6-9, | "data drop" / "data dropped" / "an amount of data dropped" / "a | 1 |
| 1 | | '036 Claims 7, 8, 9, 18, | "those packets associated with the destination address" / "those | 1 |
| 1 | | '036 Claims 9, 20 | "the source address end-node being unknown" | 1 |
| 1 | | '036 Claims 1, 12, 23, | "end-node associated with the congestion condition" | 1 |
| 1 | | '036 Claims 11, 22 | "an indication of an inability to drop packets" | 1 |
| 1 | | '036 Claims 12, 17, 24 | "the MAC address pair" / "the MAC address" | 1 |
| 1 | | '036 Claims 10, 11, 21, | "in accordance with a Service Level Agreement" / "a Service Level | 1 |

| **8** | **5** |  |  | **15** |  |
|---|---|---|---|---|---|
| Ind | MPF |  |  | ZTE | WSOU |
|  | 1 | '232 Claim 14 | "instructions for receiving, by a controller of the traffic flow control | 1 |  |
|  | 1 | '232 Claim 14 | "instructions for determining, by the controller of the traffic flow control | 1 |  |
|  | 1 | '232 Claim 14 | "instructions for adjusting an amount of rate limiting applied to at least a | 1 |  |
|  | 1 | '232 Claim 14 | "instructions for execution by a traffic flow control system for performing | 1 |  |
|  | 1 | '232 Claim 1 | "A method performed by a traffic flow control system for performing flow | 1 |  |
| 1 |  | '232 Claims 1, 14 | "flow control" | 1 |  |
| 1 |  | '232 Claims 1, 14 | "flow of data packets" | 1 |  |
| 1 |  | '232 Claims 1, 14 | "transmission over a link" | 1 |  |
| 1 |  | '232 Claims 1, 14 | "backpressure signal" | 1 |  |
| 1 |  | '232 Claims 1, 14 | "period of congestion" | 1 |  |
| 1 |  | '232 Claims 1, 14 | "weighting factor" | 1 |  |
| 1 |  | '232 Claims 1, 14 | "indicates" | 1 |  |
|  |  | '232 Claims 1, 14 | "the traffic flow control system" | 1 |  |
|  |  | '232 Claims 1, 14 | "rate limiting" | 1 |  |
| 1 |  | '232 Claims 1, 14 | "content of the backpressure signal" | 1 |  |

| 10 | 16 | | | 27 |
|---|---|---|---|---|
| Ind | MPF | | | ZTE |
| | 1 | '534 Claim 1 | "transmitting user data between a transmitter and a receiver in a multi- | 1 |
| | 1 | '534 Claim 1 | "determining quality levels for said sub-carriers;" | 1 |
| | 1 | '534 Claim 1 | "sending said quality levels from said receiver to said transmitter;" | 1 |
| | 1 | '534 Claim 1 | "selecting, based on said quality levels, a set of sub-carriers on which | 1 |
| | 1 | '534 Claim 1 | "sending an indication related to a threshold, said indication and said | 1 |
| | 1 | '534 Claim 1 | "selecting said set of sub-carriers on which said user data is to be | 1 |
| 1 | 1 | '534 Claim 6 | "An apparatus to facilitate communication of user data in a multi-carrier | 1 |
| | 1 | '534 Claim 6 | "means for selecting a set of sub-carriers from the plurality of sub- | 1 |
| | 1 | '534 Claim 6 | "means for selecting said set of sub-carriers on which said user data is | 1 |
| | 1 | '534 Claim 6 | "means for determining quality levels for sub-carriers" | 1 |
| | 1 | '534 Claim 6 | "means for sending said quality levels to said transmitter" | 1 |
| 1 | 1 | '534 Claim 6 | "means for receiving and storing said threshold indication from said | 1 |
| | 1 | '534 Claim 11 | "means for reading the threshold indication on at least one sub-carrier | 1 |
| | 1 | '534 Claim 13 | "means for selecting said set of sub-carriers on which said user data is | 1 |
| 1 | 1 | '534 Claim 13 | "means for receiving said quality levels from said receiver" | 1 |
| | 1 | '534 Claim 13 | "means for sending said threshold indication to said receiver, said | 1 |
| | | '534 Claims 1, 2, 4, 5, 6, | "carrier" | 1 |
| 1 | | '534 Claims 1, 6, 16 | "orthogonal frequency sub-carriers" | 1 |
| 1 | | '534 Claims 4, 7 | "maximal number of sub-carriers" | 1 |
| 1 | | '534 Claims 1, 2, 16 | "as a function of" | 1 |
| | | '534 Claims 1, 6, 13, 15, | "transmitter" | 1 |
| | | '534 Claims 1, 6, 13, 15, | "receiver" | 1 |
| 1 | | '534 Claim 5 | "calculated at said receiver" | 1 |
| 1 | | '534 Claim 6 | "radio link" | 1 |
| 1 | | '534 Claim 8 | "signal-to-interference ratio" | 1 |
| 1 | | '534 Claim 8 | "bit error rate" | 1 |
| | | '534 Claims 1, 2, 3, 5, 6, | "quality level" | 1 |

| 11 | 3 | | | 18 |
|---|---|---|---|---|
| Ind | MPF | | | ZTE |
| 1 | 1 | '505 Claim 14 | "a data message receiver to receive data from a first terminal device" | 1 |
|  | 1 | '505 Claim 14 | "a formatter to format the received data into at least one SMS (Short | 1 |
|  | 1 | '505 Claim 14 | "a transmitter to transmit the at least one SMS message to the | 1 |
| 1 |  | '505 Claim 1 | "data synchronization" | 1 |
|  |  | '505 Claims | "data to be synchronized" | 1 |
| 1 |  | '505 Claims | "remotely located" | 1 |
| 1 |  | '505 Claims | "[first/second/intermediate] terminal device" | 1 |
|  |  | '505 Claim 1, | "short-range connection" | 1 |
| 1 |  | '505 Claims | "formatting" | 1 |
| 1 |  | '505 Claim 14 | "formatter to format" | 1 |
| 1 |  | '505 Claim 14 | "transmitter to transmit" | 1 |
|  |  | '505 Claim 14 | "data message receiver" | 1 |
|  |  | '505 Claims | "SMS (Short Message Service)" | 1 |
|  |  | '505 Claims | "remotely located terminal device" | 1 |
| 1 |  | '505 Claims | "mobile terminal device" | 1 |
| 1 |  | '505 Claims | "cellular network connection" | 1 |
| 1 |  | '505 Claims | "short-range connection" | 1 |
| 1 |  | '505 Claims | "short range communication link" | 1 |