# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC § | |
| § | CIVIL NO: |
| vs. § | WA:20-CV-00489-ADA |
| § | |
| ZTE CORPORATION, ZTE (USA), INC., § | |
| ZTE (TX), INC. | |

## ORDER SETTING MOTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION HEARING** by Zoom on **Wednesday, September 01, 2021 at 10:00 AM**.

IT IS SO ORDERED this 31st day of August, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE