IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § § § § § § § § § § § | CIVIL ACTION NO. 6:20-cv-487-ADA CIVIL ACTION NO. 6:20-cv-488-ADA CIVIL ACTION NO. 6:20-cv-489-ADA CIVIL ACTION NO. 6:20-cv-490-ADA CIVIL ACTION NO. 6:20-cv-491-ADA CIVIL ACTION NO. 6:20-cv-492-ADA CIVIL ACTION NO. 6:20-cv-493-ADA CIVIL ACTION NO. 6:20-cv-494-ADA CIVIL ACTION NO. 6:20-cv-495-ADA CIVIL ACTION NO. 6:20-cv-496-ADA CIVIL ACTION NO. 6:20-cv-497-ADA |
| Plaintiff, | | |
| v. | | |
| ZTE CORPORATION, ZTE (USA) INC., AND ZTE (TX), INC. | | |
| Defendants. | | JURY TRIAL DEMANDED |

## ORDER DENYING ZTE CORPORATION'S MOTION FOR RECONSIDERATION

Having considered ZTE Corporation's ("ZTE") respective Motions for Reconsideration of this Court's Order Granting-in-Part Defendants' Motion to Dismiss in the above-titled cases, the Court finds that ZTE has failed to establish a manifest error of law or fact and has not presented newly discovered evidence. Because ZTE has failed to meet its burden as the movant, the Court finds the motion should be DENIED.

The propriety of ZTE's motions aside, the Court does recognize the possibility that WSOU will pursue parallel litigations against ZTE USA in another district, and therefore raises a possible judicial efficiency concern. However, to the Court's knowledge, WSOU has yet to file such a suit. And while ZTE USA may be "likely to file a declaratory judgment action in a proper forum," ZTE USA has yet to bring such an action. Thus, to the extent there is a judicial efficiency concern here, that concern remains hypothetical.

Accordingly, it is hereby ORDERED that ZTE Corporation's motion is DENIED.

It is further ORDERED that ZTE's Answer to WSOU's Amended Complaint is due on or before September 17, 2021.

Signed on September 3, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE