# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION ▾

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT | Case No.: 6:20-CV-00487-ADA, 6:20-CV-00488-ADA, 6:20-CV-00489-ADA, |
| vs. | 6:20-CV-00490-ADA, 6:20-CV-00491-ADA, |
| ZTE CORPORATION ET AL. | 6:20-CV-00492-ADA, 6:20-CV-00493-ADA, 6:20-CV-00494-ADA, 6:20-CV-00495-ADA, 6:20-CV-00496-ADA, 6:20-CV-00497-ADA |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now <u>Charles A. Naggar</u>, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent <u>WSOU Investments, LLC</u> in this case, and would respectfully show the Court as follows:

1.     Applicant is an attorney and a member of the law firm (or practices under the name of) <u>KASOWITZ BENSON TORRES LLP</u> with offices at:

   Mailing address: <u>1633 Broadway</u>

   City, State, Zip Code: <u>New York, NY 10019</u>

   Telephone: <u>212-506-1700</u>      Facsimile: <u>212-506-1800</u>

2.     Since <u>June 24, 2015</u>, Applicant has been and presently is a member of and in good standing with the Bar of the State of <u>New York</u>. Applicant's bar license number is <u>5356449</u>.

3.     Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | U.S. Court of Appeals, Federal Circuit | August 23, 2016 |
   | Eastern District of New York | October 27, 2015 |
   | Southern District of New York | October 27, 2015 |

4.  Applicant is presently a member in good standing of the bars of the courts listed above,

except as provided below (list any court named in the preceding paragraph before which

Applicant is no longer admitted to practice):

N/A

5.  I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district

court in Case[s]:

Number: 1:19-cv-00819 _____ on the 18th day of July _____ , 2019 .

Number: 6:19-cv-00396 _____ on the 18th day of July _____ , 2019 .

Number: _____ on the _____ day of _____ , _____ .

6.  Applicant has never been subject to grievance proceedings or involuntary removal

proceedings while a member of the bar of any state or federal court, except as

provided:

N/A

7.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses,

except as provided below (omit minor traffic offenses):

N/A

8.  Applicant has read and is familiar with the Local Rules of the Western District of Texas

and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel: Mark D. Siegmund

Mailing address: 8416 Old McGregor Road

City, State, Zip Code: Waco, TX 76712

Telephone: (254) 651-3690

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac

vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District

Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Charles A. Naggar                                to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Charles A. Naggar
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of

record and the original upon the Clerk of Court on this the _20th_ day of December             2021.

Charles A. Naggar
[printed name of Applicant]

[signature of Applicant]

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION   ☑

WSOU INVESTMENTS, LLC D/B/A
BRAZOS LICENSING AND
vs.
ZTE CORPORATION ET AL.

Case No.: 6:20-CV-00487-ADA,
6:20-CV-00488-ADA, 6:20-CV-00489-ADA,
6:20-CV-00490-ADA, 6:20-CV-00491-ADA,
6:20-CV-00492-ADA, 6:20-CV-00493-ADA,
6:20-CV-00494-ADA, 6:20-CV-00495-ADA,
6:20-CV-00496-ADA, 6:20-CV-00497-ADA

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by Charles A. Naggar , counsel for

WSOU Investments, LLC , and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Charles A. Naggar may appear on behalf of WSOU Investments, LLC

in the above case.

IT IS FURTHER ORDERED that Charles A. Naggar , if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of December , 20 21 .

_____
UNITED STATES DISTRICT JUDGE