IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC,<br>*Plaintiff* | § § § | |
| | § | 6-20-CV-00489 |
| -v- | § | 6-20-CV-00492 |
| | § | 6-20-CV-00495 |
| ZTE CORPORATION, ZTE (USA), INC., ZTE (TX), INC.<br>*Defendants* | § § § § | |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through today and finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

    Plaintiff:      $9,615.93
    Defendant:      $9,615.93

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 3rd day of March, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE