# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | | |
|---|---|---|---|
| **WSOU INVESTMENTS LLC** | § | | |
| | § | | |
| vs. | § | NO: | WA:20-CV-00489-ADA |
| | § | | |
| **ZTE CORPORATION, ZTE (USA), INC., ZTE (TX), INC.** | § | | |
| *Defendant* | | | |

# ORDER SETTING DISCOVERY HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for DISCOVERY HEARING, in U.S. Magistrate Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on November 01, 2022 at 01:30 PM.

**IT IS SO ORDERED** this **28th day of October, 2022**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE